MURANE & BOSTWICK
508 WEST 27TH STREET
CHEYENNE, WYOMING 82001
(307) 634-7500
FAX: (307) 638-7882

Heather A. Zadina

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| R&S WELL SERVICE, INC., a Wyoming Corporation, and MARKEL INSURANCE COMPANY, a Virginia Corporation )))))  Plaintiffs  ) )  -vs-  ) )  BRIAN THIESSEN, individually, and  ) THIESSEN FARMS, a foreign corporation; )) Defendants. ) | Case No.: 09 CV 72 |

### DEFENDANT/COUNTERCLAIMANT BRIAN THIESSEN'S EXPERT WITNESS DESIGNATION

Defendant/Counterclaimant Brian Thiessen ("Thiessen"), through his attorneys, Murane & Bostwick, LLC, and in accordance with this Court's Scheduling Order and U.S.D.C.L.R. 26.1(f), designates his experts in this matter (both as Defendant and as Counterclaim Plaintiff) as follows:.

**Non-retained Experts:**

1. Trooper Parkin
   c/o Wyoming Highway Patrol
   5300 Bishop Boulevard
   Cheyenne, Wyoming.

Trooper Parkin is employed by the Wyoming Highway Patrol. Trooper Parkin responded to and was the investigating officer on the accident scene. As a Wyoming Highway Patrol officer, Trooper Parkin is qualified in accident investigation and

MURANE & BOSTWICK
508 WEST 27TH STREET
CHEYENNE, WYOMING 82001
(307) 634-7500
FAX: (307) 638-7882

prepared the State of Wyoming-Investigator's Traffic Accident Report. Defendant/Counterclaimant Thiessen may call Trooper Parkin to offer factual and expert testimony with regard to the matters set forth in the Accident Report, including his investigation of the accident, his conversations with the parties involved, and his opinions regarding the cause of the accident and the conduct of the parties. Trooper Parkin was deposed by the parties on August 11 and it is expected that he will testify in conformity with his deposition testimony, which is incorporated herein by reference.

2.   Any expert listed by Plaintiff/Counterclaim Defendant in this matter.

Dated this 14th day of August, 2009.

By: _____
Heather A. Zadina, # 6-4054
Murane & Bostwick, LLC
508 West 27th Street
Cheyenne, Wyoming 82001-3031
Phone: (307) 634-7500
Fax: (307) 638-7882
E-mail: haz@murane.com
*Attorneys for Defendant/Counterclaimant Brian Thiessen*

2

**MURANE & BOSTWICK**
508 WEST 27TH STREET
CHEYENNE, WYOMING 82001
(307) 634-7500
FAX: (307) 638-7882

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2009, a true and correct copy of the foregoing **DEFENDANT/COUNTERCLAIMANT BRIAN THIESSEN'S EXPERT WITNESS DESIGNATION,** was served electronically upon the following:

Mark W. Gifford
Gifford & Brinkerhoff
243 South Park Street
P.O. Box 2508
Casper, Wyoming 82602
mark@giffordbrinkerhoff.com
*Attorneys for Plaintiffs*

Julie Tiedeken
Brian Hunter
McKellar, Tiedeken, & Scoggin, LLC
702 Randall Avenue
P.O. Box 748
Cheyenne, Wyoming 82003
jtiedeken@mtslegal.net
bhunter@mtslegal.net
*Attorneys for Counter-Defendant R&S Well*

3