Brian J. Hunter
Wyo. Bar #6-4416
McKellar, Tiedeken & Scoggin, LLC
702 Randall Ave.
Cheyenne, WY 82001
307-637-5575
307-637-5515-fax

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| R&S WELL SERVICE, INC., a Wyoming corporation, and MARKEL INSURANCE COMPANY, a Virginia corporation, | )<br>)<br>)<br>) |
| Plaintiffs/Counter-defendant, | )<br>) |
| vs. | )  Case No. 09-CV-72-B |
| BRIAN THIESSEN, individually, and THIESSEN FARMS, a foreign corporation, | )<br>)<br>)<br>) |
| Defendant/Counter-plaintiff. | ) |

_____

## COUNTER-DEFENDANT'S EXPERT WITNESS DESIGNATION
_____

COMES NOW, Counter-defendant, R&S Well Service, Inc. ("R&S"), through counsel, McKellar, Tiedeken & Scoggin, LLC and pursuant to the Order on Initial Pretrial Conference designates experts in this matter as follows:

**NON-RETAINED EXPERTS:**

  1.   Trooper Howard Parkin
       c/o Wyoming Highway Patrol
       5300 Bishop Boulevard
       Cheyenne, Wyoming

Trooper Howard Parkin was the investigating officer at the scene of the accident and may be called as an expert witness. Trooper Parkin is trained in accident investigation and prepared a Wyoming Traffic Accident Report in this matter. He may be called to testify as to his investigation of the accident including discussions with the parties and witnesses at the scene, policies and protocols of the Wyoming Highway Patrol relating to the investigation of traffic accidents, his opinions respecting the cause of the accident, his independent recollection of his investigation, and any matter set forth in his official accident report. All parties participated in Trooper Parkin's deposition on August 11, 2009 and it is expected that he will testify consistent with his deposition testimony incorporated herein by this reference.

2. Counter-defendant reserves the right to call any expert designated by Defendant/Counter-plaintiff in this matter

**DATED** this 18 day of September, 2009.

/s/Brian J. Hunter_____
Brian J. Hunter
Wyo. Bar #6-4416
McKellar, Tiedeken & Scoggin, LLC
702 Randall Ave.
Cheyenne, WY 82001
307-637-5575
307-637-5515-fax
bhunter@mtslegal.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 18 day of September, 2009, a true and correct copy of the foregoing document entitled **COUNTER-DEFENDANT'S EXPERT WITNESS DESIGNATION**, was served as follows:

| | |
|---|---|
| Mark W. Gifford | (____) U.S. Mail |
| Kelley A. Anderson | (____) HAND DELIVERY |
| 243 South Park Street | (____) FACSIMILE |
| P.O. Box 2508 | (_✓_) OTHER – *e-filing* |
| Casper, WY  82602 | |
| | |
| Heather A Zadina | (____) U.S. Mail |
| Murane & Bostwick | (____) HAND DELIVERY |
| 508 West 27th Street | (____) FACSIMILE |
| Cheyenne, WY  82001-3031 | (_✓_) OTHER – *e-filing* |

                                               */s/ Brian J. Hunter*_____
                                               McKellar, Tiedeken & Scoggin, LLC