Brian J. Hunter
Wyo. Bar #6-4416
McKellar, Tiedeken & Scoggin, LLC
702 Randall Ave.
Cheyenne, WY 82001
307-637-5575
307-637-5515-fax

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| R&S WELL SERVICE, INC., a Wyoming corporation, and MARKEL INSURANCE COMPANY, a Virginia corporation, | ) ) ) ) | |
| Plaintiffs/Counter-defendant, | ) ) | |
| vs. | ) ) | Case No. 09-CV-72-B |
| BRIAN THIESSEN, individually, and THIESSEN FARMS, a foreign corporation, | ) ) ) ) | |
| Defendant/Counter-plaintiff. | ) ) | |

## STIPULATION REGARDING PROPERTY DAMAGE CLAIMS FOR R&S WELL SERVICE, INC. AND BRIAN THIESSEN

**COMES NOW**, the parties herein by and through their respective undersigned counsel of record and hereby stipulate to the following facts to be presented to the jury during the trial in the above entitled matter:

1. As a direct result of the accident of November 9, 2007 R&S Well Service, Inc. sustained damages to its derrick truck totaling $204,650.56.

2. As a direct result of the accident of November 9, 2007 Brian Thiessen sustained damages to his semi-tractor and trailer totaling $48,273.02.

DATED this _2 6_ day of ~~April~~, 2010.

_(signature)_

Brian J. Hunter
McKellar, Tiedeken & Scoggin, LLC
702 Randall Ave.
Cheyenne, WY 82001
307-637-5575

_(signature)_

Mark W. Gifford
Law Offices of Gifford and Brinkerhoff
243 South Park Street
P.O. Box 2508
Casper, WY 82602
307-265-3265

_(signature)_

Heather A. Zadina
Murane & Bostwick
508 West 27th Street
Cheyenne, WY 82001-3031
307-634-7500

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2010, a true and correct copy of the foregoing document was served as follows:

Heather A. Zadina                                   (___) U.S. Mail
Murane & Bostwick                                   (___) HAND DELIVERY
508 West 27th Street                                (___) FACSIMILE
Cheyenne, WY 82001-3031                             (✓) OTHER – *e-filing*

Mark W. Gifford                                     (___) U.S. Mail
Law Offices of Gifford and Brinkerhoff             (___) HAND DELIVERY
P.O. Box 2508                                       (___) FACSIMILE
Casper, WY 82602                                    (✓) OTHER – *e-filing*


By:   _/s/ Brian J. Hunter_____