Brian J. Hunter
Wyoming Bar No.: 6-4416
McKellar, Tiedeken & Scoggin, LLC
702 Randall Avenue
Cheyenne, WY 82001
307-637-5575
307-637-5515-fax

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| R&S WELL SERVICE, INC., a Wyoming corporation, and MARKEL INSURANCE COMPANY, a Virginia corporation, | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | |
| vs. | ) ) | Case No. 09-CV-072-J |
| BRIAN THIESSEN, individually, and THIESSEN FARMS, a foreign corporation | ) ) ) | |
| Defendant/Counter-Plaintiff. | ) | |

## VERDICT

We, the jury, present the following answers to the following questions submitted by the Court:

1. Was Brian Thiessen negligent?

_____ YES

_____ NO

2. Was the negligence of Brian Thiessen a cause of the damages claimed by Markel Insurance and R&S Well Services, Inc.?

_____ YES

_____ NO

3. Was Eric Rouse negligent?

_____ YES

_____ NO

4. Was the negligence of Eric Rouse a cause of the damages claimed by Brian Thiessen?

_____ YES

_____ NO

5. What percentage of the total fault is attributable to each of the following parties? You should apportion fault only if you find that both Thiessen and Eric Rouse were negligent. If you find only one party negligent, then that party should have 100 percent of the fault. (Your total must equal 0% or 100%.)

| | |
|---|---|
| Brian Thiessen | _____ % |
| Eric Rouse | _____ % |

                                                 **TOTAL**    0% or 100% _____

6. Without consideration of percentages of fault, what is the total amount of damages sustained by R&S for its lost profits resulting from its inability to use the derrick truck following the accident while it was repaired.

$_____

**DATED** this \_\_\_\_\_ day of July, 2010.

_____
FOREMAN or FOREWOMAN