**MURANE & BOSTWICK**
508 WEST 27TH STREET
CHEYENNE, WYOMING 82001
(307) 634-7500
FAX: (307) 638-7882

Heather A. Zadina

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| R&S WELL SERVICE, INC., a Wyoming Corporation, and MARKEL INSURANCE COMPANY, a Virginia Corporation ) ) ) ) Plaintiffs, ) ) vs. ) ) BRIAN THIESSEN, an individual ) ) Defendant. ) ) ) | Docket No. 09 CV 72 |

### DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION

The Defendant Brian Thiessen, submits the additional instruction below for submission to the jury in this matter:

28. Measure of Damages for Personal Property - W.C.P.J.I. 4.07 (as modified); *Hopper v. All-Pet Animal Clinic*, 861 P.2d 531, 548 (Wyo. 1993)

DATED this 16 day of July, 2010.

**MURANE & BOSTWICK**
508 WEST 27TH STREET
CHEYENNE, WYOMING 82001
(307) 634-7500
FAX: (307) 638-7882

By: _____
Heather A. Zadina
Murane and Bostwick, LLC
508 West 27th Street
Cheyenne, WY 82001-3031
Phone: (307) 634-7500
Fax: (307) 638-7882
E-mail: haz@murane.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on this __16th__ day of __July__, 20__10__ a true and correct copy of the foregoing **DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION**, was served electronically or by U.S. mail, if necessary, upon the following:

Mark Gifford
Kelley Anderson
Gifford & Brinkerhoff
243 South Park Street
Casper, Wyoming 82602

Julie Tiedeken
Brian Hunter
McKellar, Tiedeken, & Scoggin
702 Randall Avenue
Cheyenne, Wyoming 82001

_____

## INSTRUCTION NO. _____

## LOSS OF PROFITS

Lost Profits are calculated based on a "net" figure requiring proof that: (1) net profits were lost; (2) the amount of those profits can be determined with a reasonable degree of certainty; and (3) the Defendant's breach was the proximate cause of the lost profits.

Whether these elements of damage have been proved by the evidence is for you to determine.


GIVEN:

_____
Judge

W.C.P.J.I. 4.07 (as modified); *Hopper v. All-Pet Animal Clinic*, 861 P.2d 531, 548 (Wyo. 1993).
DEFENDANT'S PROPOSED INSTRUCTION NO. 28