MURANE & BOSTWICK
508 WEST 27TH STREET
CHEYENNE, WYOMING 82001
(307) 634-7500
FAX: (307) 638-7882

Heather A. Zadina

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| R&S WELL SERVICE, INC., a Wyoming Corporation, and MARKEL INSURANCE COMPANY, a Virginia Corporation )<br><br>Plaintiffs, )<br><br>vs. )<br><br>BRIAN THIESSEN, an individual )<br><br>Defendant. ) | Docket No. 09 CV 72 |

## DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION
## WITHOUT CITATION

The Defendant Brian Thiessen, submits the additional instruction below for

submission to the jury in this matter:

28. Measure of Damages for Personal Property - W.C.P.J.I. 4.07 (as modified);
 *Hopper v. All-Pet Animal Clinic*, 861 P.2d 531, 548 (Wyo. 1993)


DATED this 16th day of July , 2010.

**MURANE & BOSTWICK**
508 WEST 27TH STREET
CHEYENNE, WYOMING 82001
(307) 634-7500
FAX: (307) 638-7882

By: _____

    Heather A. Zadina
    Murane and Bostwick, LLC
    508 West 27th Street
    Cheyenne, WY 82001-3031
    Phone:  (307) 634-7500
    Fax:  (307) 638-7882
    E-mail:  haz@murane.com
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    This is to certify that on this _10th_ day of _July_____, 20 _10_, a true and correct copy of the foregoing **DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS WITHOUT CITATION**, was served electronically or by U.S. mail, if necessary, upon the following:

Mark Gifford
Kelley Anderson
Gifford & Brinkerhoff
243 South Park Street
Casper, Wyoming 82602

Julie Tiedeken
Brian Hunter
McKellar, Tiedeken, & Scoggin
702 Randall Avenue
Cheyenne, Wyoming 82001

_____

**INSTRUCTION NO. _____**

**<u>LOSS OF PROFITS</u>**

Lost Profits are calculated based on a "net" figure requiring proof that: (1) net profits were lost; (2) the amount of those profits can be determined with a reasonable degree of certainty; and (3) the Defendant's breach was the proximate cause of the lost profits.

Whether these elements of damage have been proved by the evidence is for you to determine.

GIVEN:

_____
Judge